IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALWAYS IN SERVICE, INC.,      :
                     :    CIVIL ACTION
          Plaintiff,       :
                     :    NO. 11-127
       v.              :
                     :
SUPERMEDIA SERVICES - EAST,   :
INC., et al.,                :
                     :
         Defendants.     :

## <u>ORDER</u>

**AND NOW**, this 5th day of March 2012, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) (Doc. No. 15), Plaintiff's Opposition to Defendants' Motion to Dismiss (Doc. No. 16), Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) (Doc. No. 17), Plaintiff's Supplemental Memorandum of Law in Opposition to Defendants' Motion to Dismiss (Doc. No. 22), Defendants' Reply to Plaintiff's Supplemental Memorandum of Law in Opposition to the Motion to Dismiss the Amended Complaint (Doc. No. 23), Plaintiff's Reply to Defendants' Reply to Plaintiff's Supplemental Memorandum of Law in Opposition to the Motion to Dismiss the Amended Complaint (Doc. No. 24), and the arguments of counsel at the hearing held on September 28, 2011, it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(B)(6) (Doc. No. 15) is **DENIED**.

It is further **ORDERED** that Defendants shall file an answer to Plaintiff's Amended Complaint within <u>twenty (20) days</u> of the date of this Order.


BY THE COURT:


<u>/s/ Joel H. Slomsky, J.</u>
JOEL H. SLOMSKY, J.