

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUPERMEDIA LLC | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-1136 |
| | : | Consolidated with |
| ALWAYS IN SERVICES, INC., et al | : | NO. 11-127 |

FILED
FEB 28 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### JUDGMENT ORDER

AND NOW, this 28th day of February, 2014 in accordance with the settlement agreement executed by all parties hereto, IT IS ORDERED that Judgment in the amount of Eight-Hundred Thousand Dollars ($800,000) is entered against Defendant Local Solution, Inc. f/k/a Always In Service, Inc. and in favor of Plaintiff Supermedia f/k/a Idearc Media LLC.


BY THE COURT

_____
CAROL SANDRA MOORE WELLS
CHIEF U.S. MAGISTRATE JUDGE


ENTERED
MAR - 4 2014
CLERK OF COURT